# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1321. KRISTIN M. GOTHAM v. MICHAEL HYSER.

Michael Hyser and Kristin Gotham were divorced in 2020, and the divorce decree incorporated terms regarding financial obligations from the settlement agreement. In 2024, Hyser filed a petition for declaratory judgment and petition for modification of alimony to clarify and modify those financial obligations. Hyser then filed a motion for partial summary judgment, which the trial court granted. Gotham then filed this direct appeal. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). Because Hyser seeks to modify alimony, this is a domestic relations case within the meaning of the statute, and compliance with the discretionary appeal statute is therefore required in order to appeal. See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). The fact that this matter stems from an "action for declaratory judgment makes no difference because the subject matter was domestic relations and the judgment is one entered in a domestic relations case." *Weaver v. Jones*, 260 Ga. 493, 493-494 (2) (396 SE2d 890) (1990); see also *Bedford v. Bedford*, 246 Ga. 780, 781 (273 SE2d 167) (1980) ( "[J]urisdiction [over a domestic relations case] is not changed by the fact that the appeal seeks a review of a summary judgment.").

Accordingly, Gotham's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Evans v. Jackson*, 368 Ga. App. 170, 174 (1) (889 SE2d 343) (2023).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/19/2025

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*